[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14591

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 15, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-02274 CV-T-17EAJ

PURE SOLUTIONS, INC.,

Plaintiff-Appellant,

versus

IFC CREDIT CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 15, 2006)**

Before TJOFLAT, BARKETT and GOODWIN*, Circuit Judges.

_____

*Honorable Alfred T. Goodwin, United States Circuit Judge for the Ninth Circuit, sitting by
designation.

PER CURIAM:

The question this appeal presents is whether the district court erred in upholding the forum selection clause in a contract appellant contends is invalid. We find no error.  See IFC Credit Corporation v. Aliano Brothers General Contractors, Inc., 437 F.3 606 (7th Cir. 2006).

AFFIRMED.